# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: JACKOWSKI, SARAH A | § | Case No. 14-80411 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/03/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 08/12/2014        By: /s/JOSEPH D. OLSEN_____
                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: JACKOWSKI, SARAH A | § Case No. 14-80411 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,464.35 |
| *and approved disbursements of* | $ 949.20 |
| *leaving a balance on hand of* [1] | $ 3,515.15 |
| **Balance on hand:** | $ 3,515.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | State Bank of Pearl City | 176,000.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 3,515.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 887.34 | 0.00 | 887.34 |
| Trustee, Expenses - JOSEPH D. OLSEN | 22.50 | 0.00 | 22.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 909.84 |
| Remaining balance: | $ | 2,605.31 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 2,605.31 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 2,605.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,392.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Kent Bank | 10,654.58 | 0.00 | 424.50 |
| 2U | State Bank of Pearl City | 53,312.92 | 0.00 | 2,124.06 |
| 3 | Capital Recovery V, LLC | 1,424.51 | 0.00 | 56.75 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 2,605.31 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:                                    $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:                        $     0.00


Prepared By: /s/JOSEPH D. OLSEN
                                         Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-80411-TML
Sarah A Jackowski                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith           Page 1 of 2           Date Rcvd: Aug 13, 2014
                              Form ID: pdf006          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2014.
db              Sarah A Jackowski,    632 Timber Hills Dr.,    Cedarville, IL  61013
21525278       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANK OF AMERICA*,    P.O. Box 982235,    El Paso, TX 79999)
21525279       +Cap One,    Po Box 30253,    Salt Lake City, UT 84130-0253
21525280        Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
21525281        Chase,    PO Box 15298,    Wilmington, DE 19850-5298
21525282       +Chase Bank USA,    PO BOX 15298,    Wilmington, DE 19850-5298
21525283       +CitiCards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
21525285        DCM Services,    7601 Penn Avenue S,    Suite A600,    Minneapolis, MN 55423-5004
21525286        Direct Merchants Bank,    P.O. Box 5894,    Carol Stream, IL 60197-5894
21525288       +FHN Physicians Services,    P.O. BOX 268,    Freeport, IL 61032-0268
21525290        FREEPORT HEALTH NETWORK,    P.O. Box 268,    Freeport, IL 61032-0268
21525289        Fifth Third Bank,    P.O. Box 63-0479,    Cincinnati, OH 45263-0479
21525293       +HSBC,    P.O. Box 71105,    Charlotte, NC 28272-1105
21525294       +J. H. Barkau,    1102 East South ST.,    Freeport, IL 61032-9687
21525295        Judy Nortridge-McLinn,    1314 Bolkenwood,    Freeport, IL 61032
21525296       +Kent Bank,    996 W. Fairview Rd.,    Freeport, IL 61032-9193
21525299       +Kent Bank,    c/o Stephen S. Schmelzle,    208 W. Stephenson Street,    Freeport, IL 61032-4325
21525297       +Reedy Chad, DDS,    981 W. South St.,    Freeport, IL 61032-6778
22028494       +State Bank of Pearl City,    215 S Main St,    Pearl City, IL 61062-9220
21525298        State Bank of Pearl City,    Thomas P Sandquist,    WilliamsMcCarthy LLP,    POB 219,
                 Rockford IL 61105-0219
21525301       +UNION SAVINGS BANK,    203 N. Alpine Road,    Rockford, IL 61107-4990
21525302       +UNIVERSITY OF WISCONSIN HOSPITAL,    AND CLINICS,    600 Highland Ave.,    Madison, WI 53792-0001
21525303       +UW Health Pharmacy Services,    Drawer 853,    Milwaukee, WI 53278-0001
21525300       +Union Savings Bank,    P.O. Box 540,    Freeport, IL 61032-0540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21525284       +E-mail/Text: collections@cornerstonecu.org Aug 14 2014 01:00:53     CORNERSTONE CREDIT UNION,
                 550 West Meadows Drive,    Freeport, IL 61032-5072
22123659        E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2014 01:02:05      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21525287        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 14 2014 01:30:03      Discover Card ***,
                 P.O. Box 30943,    Salt Lake City, UT 84130
21525291       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2014 01:02:55      GE Capital Retail Bank,
                 Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
21525292        E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2014 01:04:07      GECRB/old navy,    PO Box 965005,
                 Orlando, FL 32896-5005
21525304       +E-mail/Text: specialbillingservices@uwmf.wisc.edu Aug 14 2014 00:59:17      UW Health Physicians,
                 7974 UW Health Court,    Middleton, WI 53562-5531
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2014 at the address(es) listed below:
              Brian A Hart    on behalf of Debtor Sarah A Jackowski brian@rockfordbankruptcy.com,
               vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
              Joseph D Olsen    Jolsenlaw@comcast.net,    IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Aug 13, 2014
                              Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Stephen  Schmelzle    on behalf of Creditor    Kent Bank Town & Country Banking Center schmeeze30@hotmail.com
        Thomas P. Sandquist    on behalf of Creditor    State Bank of Pearl City tsandquist@wilmac.com
                                                                                                    TOTAL: 5